**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*



F I L E D
Clerk
District Court

SEP 1 2 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARDO V. CRUZ | CRIMINAL CASE NO. 00-00010-001 |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 29, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  AUSA
     Defense Counsel
     Immigration and Customs Enforcement
     File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 12th day of ~~August~~ September 2006.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands